**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Jose Isidro Flores v. The State of Texas

Appellate case number:   01-20-00763-CR

Trial court case number: 1664298

Trial court:             178th District Court of Harris County

     Appellant, Jose Isidro Flores, filed a third motion for extension of time in which to file his brief.  Appellant's motion is **granted.**  His brief is due **June 21, 2021.**

     **No further extensions will be granted.**

     It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                      Acting individually


Date:  May 6, 2021